IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK COOK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEMPLE UNIVERSITY HOSPITAL,<br><br>　　　　　Defendants. | CIVIL ACTION NO.  24-3713 |

# ORDER

**AND NOW,** this 27th day of August 2025, upon consideration of Defendant's Motion to Dismiss [Doc. No. 11] and the responses thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED without prejudice**. Plaintiff is granted leave to file a further amended complaint no later than **September 12, 2025**. If Plaintiff does not file a further amended complaint, the case will be closed.

　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**