**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ERIK COOK,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.  24-3713** |
| **TEMPLE UNIVERSITY HOSPITAL,** | |
| **Defendant.** | |

## ORDER

**AND NOW,** this 4th day of May 2026, upon consideration of Plaintiff's Second Amended Complaint, Defendant's Second Motion to Dismiss [Doc. No. 18], and the responses thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Second Amended Complaint is **DISMISSED with prejudice**. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.